UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELIJAH DESHUNN BROWN,**                    CIVIL ACTION
    **Plaintiff**

**VERSUS**                                   NO.  24-725

**SHERIFF TURLICH OF**                       SECTION: "E" (4)
**PLAQUEMINES PARISH, ET AL.,**
    **Defendants**

## ORDER

The Court, having considered the Complaint of Plaintiff Elijah Deshunn Brown,[1] the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge,[2] and finding that as of this date the Plaintiff has filed no objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff Elijah Deshunn Brown's 42 U.S.C. § 1983 claims against Defendants Plaquemines Parish Sheriff Turlich and Warden Denise Narcisse are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff Brown's 42 U.S.C. § 1983 claims against Defendants Plaquemines Parish Sheriff Turlich, Warden Denise Narcisse, Lt. Ashton Paxton, and Deputy Robin challenging the conditions of his confinement at the

---

[1] R. Doc. 10.
[2] R. Doc. 13.

1

Plaquemines Parish Detention Center, specifically those alleging inadequate shower opportunities, access to telephone calls, and service of a food loaf while housed in administrative segregation are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A ,and as applicable 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff Brown's 42 U.S.C. § 1983 claims against Defendants Lt. Ashton Paxton and Deputy Robin for use of excessive force on February 12, 2024, are allowed to proceed forward and remain referred to the assigned Magistrate Judge for further pretrial proceedings.

**New Orleans, Louisiana, this 13th day of August, 2024.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**