UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIJAH DESHUNN BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-725** |
| **SHERIFF TURLICH, ET AL.** | **SECTION "E"(4)** |

## ORDER

The Court, after considering the Plaintiff's motion,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and finding that no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly;

It is therefore **ORDERED** that plaintiff Elijah Deshunn Brown's Motion for Default Judgment is **DENIED** as premature.[3]

**New Orleans, Louisiana, this 19th day of May, 2025**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 40.
[2] R. Doc. 42.
[3] R. Doc. 40.