**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIJAH DESHUNN BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0725** |
| **SHERIFF TURLICH, ET AL.** | **SECTION "E"(4)** |

## ORDER

The Court, after considering the Defendant's motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that no party has filed objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant Ashton Paxton's Motion to Dismiss, or Alternatively, to Quash Return on Summons[2] is **DENIED** in part, as to the motion to dismiss and **GRANTED** in part, as to the motion to quash the return of service and that the summons executed on Defendant Ashton Paxton at 500 Poydras Street in New Orleans, Louisiana[3] is **QUASHED** for insufficient service.

**New Orleans, Louisiana, this 3rd day of July, 2025.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 52.
[2] R. Doc. 41.
[3] R. Doc. 39.