UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIJAH DESHUNN BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0725** |
| **SHERIFF TURLICH, ET AL.** | **SECTION "E"(4)** |

### ORDER

The Court, after considering the defendant's motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and finding that no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant Darren Robin's Motion to Dismiss, or Alternatively, to Quash Return on Summons[2] be **DENIED** in part, as to the motion to dismiss and **GRANTED** in part, as to the motion to quash the return of service and that the summons executed on Defendant Darren Robin at 500 Poydras Street in New Orleans, Louisiana[3] be **QUASHED** for insufficient service.

New Orleans, Louisiana, this 3rd day of July, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 53.
[2] R. Doc. 46.
[3] R. Doc. 39.